UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o DEL MONTE INTERNATIONAL GMBH-SWITZERLAND; THROUGH TRANSPORT MUTUAL SERVICES (UK) LTD. a/s/o FRESH DELMONTE PRODUCE, INC., | 14 Civ. 10198 (JSR) |
| Plaintiffs, | **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1** |
| -against- | |
| M/V STAR LEADER, her engines, boilers, tackle, furniture, apparel, etc., *in rem;* GRACE OCEAN PRIVATE LTD., *in personam* and STAR REEFERS POOL, INC., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Defendant, Grace Ocean Private Ltd. (a private non-governmental party) certifies that certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: May 13, 2015

The Defendant,
GRACE OCEAN PRIVATE LTD.

By: _____
Patrick F. Lennon (PL2162)
LENNON, MURPHY & PHILLIPS, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
pfl@lmplaw.net

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on May 13, 2015, a copy of the foregoing **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail.  Parties may access this filing through the Court's CM/ECF System.

Patrick F. Lennon