# Exhibit "2"

# BILL OF LADING

B/L ANR 14

Form B

VOY. 004

**Shipper**
CORPORACION DE DESARROLLO AGRICOLA
DEL MONTE S.A BARRIO TOURNON, SAN JOSE C.R.

**Consignee**
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

**Notify address**
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

NETWORK SHIPPING LTD.
241 Sevilla Avenue
Coral Gables, FL 33134

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | | Commodity No. Gross Weight Measurement | |
|---|---|---|---|---|
| | | | WEIGHT | |
| | 4710 | CARTONS PINEAPPLES | 59990,33 | KGS |
| | 702 | CARTONS PINEAPPLES | 13182,00 | KGS |
| | | BELOW DECK | | |
| | 11716 | CARTONS PINEAPPLES | 149224,36 | KGS |
| | 3132 | CARTONS PINEAPPLES | 58812,00 | KGS |
| | 2160 | CARTONS PINEAPPLES | 41256,00 | KGS |
| | | LOADED IN CONTAINERS | | |

ALL STATED QUANTITIES
(PACKAGES / WEIGHTS)
ARE CONSIDERED AS
"SAID TO BE"

ORIGINAL

ABOVE PARTICULARS DECLARED BY SHIPPER

SHIPPER' LOAD, STOWAGE AND COUNT

**Freight charges**

[illegible]

[illegible]

CONTINUED ON REVERSE SIDE

| Freight payable at | Place and date of issue |
|---|---|
| | PORT MOIN, JANUARY 25TH 2014 |
| **Number of original B/L's** | **Signed (for master) by** |
| 3 | |

**Additional clauses**

Corporación de Desarrollo Agrícola del Monte S.A.
Agencia Naviera
Limón / Moín

BREAKDOWN OF CONTAINERS ON B/L NUMBER ANR14

| CONTAINER |
|---|
| FDPU2062907 |
| FDPU2063591 |
| SEGU9045047 |
| SEGU9045617 |
| SEGU9078251 |
| TCLU1098055 |
| TCLU1098538 |
| TCLU1099299 |
| TCLU1162811 |
| TCLU1169354 |
| TEMU9095846 |
| TEMU9096122 |
| TRIU8634576 |
| SEGU9076428 |
| SEGU9045920 |
| TCLU1097700 |
| TEMU9032391 |
| TEMU9098167 |
| TEMU9119383 |
| TEMU9122540 |

-9388

ORIGINAL

Corporación de Desarrollo Agrícola del Monte, S.A.
Agencia Naviera
Limón / Moín

# BILL OF LADING

B/L ANR 16

Form B

VOY. 004

**Shipper**
CORPORACION DE DESARROLLO AGRICOLA
DEL MONTE S.A BARRIO TOURNON, SAN JOSE C.R.

**Consignee**
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

NETWORK SHIPPING LTD.
241 Sevilla Avenue
Coral Gables, FL 33134

**Notify address**
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | | Commodity No. Gross Weight Measurement | |
|---|---|---|---|---|
| | | | WEIGHT | |
| | 420 | CARTONS PINEAPPLES<br>BELOW DECK | 5349,46 | KGS |
| | 2265 | CARTONS PINEAPPLES<br>LOADED IN CONTAINERS | 28848,85 | KGS |
| | | FDPU2062907<br>TCLU1099299<br>TEMU9087943<br>TEMU9095846<br>TEMU9122540 | | |
| ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE" | | SHIPPER' LOAD, STOWAGE AND COUNT | | |

ORIGINAL

ABOVE PARTICULARS DECLARED BY SHIPPER

Freight charges

SHIPPED in apparent good order and condition, unless otherwise stated herein, on board the above Ocean Vessel (or on board the above Local Vessel, if named above, for forwarding subject to clause 35 on the reverse side of this Bill of Lading) the goods or packages said to contain goods, hereinafter called "the Goods", specified above for carriage from the above named Port of Loading (or other port or place determined by the Carrier under the said clause 35) by the above Ocean Vessel (or vessel substituted under the said clause 35) on a voyage as described and agreed by clauses 7, 8, 9, 10, 11, 12 and 19 of the Bill of Lading and discharge, such carriage and discharge being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed, in like order and condition at the Port of Discharge named above or such other port or place as is provided in the clauses hereinbefore referred to, or so near thereunto as she may safely get, always afloat, where the Carrier's responsibilities and liabilities shall in all cases and all circumstances whatsoever finally cease, for delivery unto the above mentioned Consignee or to his or their assigns.
If the Final Destination is named above the Goods shall be forwarded at Consignee expense and in accordance with clause 36 on the reverse side of this Bill of Lading subject to the exceptions, limitations, conditions, and liberties therein or otherwise hereinafter agreed for delivery unto the abovementioned consignee or to his or their assigns.
Full freight hereunder shall be due and payable at the place where the Bill of Lading is issued by the Shipper in cash without deduction on receipt of the Goods or part thereof by the Carrier for shipment even if stated in the Bill of Lading to be payable elsewhere and shall be deemed to have been fully earned upon such receipt of such goods.
All charges due hereunder together with freight (if not paid at the port of loading as aforesaid) shall be due from and payable on demand by the Shipper, Consignee, Owner of the goods or holder of this Bill of Lading (Who shall be jointly and severally liable to the Carrier therefor) at such port or place as the Carrier may require, vessel or cargo lost or not lost from any cause whatsoever.
the freight stated herein to be paid or payable has been calculated and based upon the particulars of the Goods furnished by the Shipper to the carrier, the Carrier shall be entitled at any time to open and re-classify or re-weight and remeasure or re-value any goods, and freight shall be paid on the proper classification or the excess weight or measurement or value (if any) as the case may be so ascertained. The expenses of and incidental to re-classifying or re-weighing or re-measuring or re-valuing shall be the Carrier if the classification or weight or measurement or values as furnished by the Shipper is found to be correct, but otherwise such expenses shall be considered as freight and shall be borned and paid by the Shipper, Consignee or owner of the goods. The shipper shall, if required by the Carrier so to do, furnish forthwith on demand to the carrier the invoice or a true copy relating to the Goods.
In accepting this Bill of Lading any local customs or privileges to the contrary not withstanding the shipper, consignee and owner of the goods and the holder of Bill of Lading agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or revers side hereof as fully as if they were all signed by such Shipper, Consignee, Owner or Holder.
If the above ocean vessel is not owned by or chartered by demise to the Company or Line by whom this Bill of Lading is issued (as may be the case, notwithstanding anything that appears to the contrary) this Bill of Lading shall take effect only as contract of carriage with the Owner or demise charterer, as the case may be as principal made through the agency of the said company or line who act solely as agents and shall be under no personal liability whatsoever in respect thereof.
Agents signing this bill of lading on behalf of the said company or line have only the limited authority at common law of a vessel's master signing a Bill of Lading.

IN WITNESS WHERE OF the below stated number of Bills of lading all of this tenor and date have been signed one of which being accomplished the others to stand void.

CONTINUED ON REVERSE SIDE

| Freight payable at | Place and date of issue |
|---|---|
| | PORT MOIN, JANUARY 25TH 2014 |
| Number of original B/L's | Signed (for master) by |
| 3 | |

Additional clauses

Corporacion de Desarrollo Agricola Del Monte
Agencia Naviera
Jimón / Moín

# BILL OF LADING

**B/L ANR 17**

Form B

VOY. **004**

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Shipper
CORPORACION DE DESARROLLO AGRICOLA
DEL MONTE S.A BARRIO TOURNON, SAN JOSE C.R.

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

Notify address
DEL MONTE FRANCE (SA)
ZONE EURO DELTA 7 BOULEVARD DU DELTA - BÂT. DE3
BP 40116 94658 RUNGIS CEDEX
TELEPHONE: (33) 1 41 76 01 84

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | | Commodity No. Gross Weight Measurement | |
|---|---|---|---|---|
| | | | WEIGHT | |
| | 2775 | CARTONS PINEAPPLES<br>**BELOW DECK** | 35344,62 | KGS |
| | 12710 | CARTONS PINEAPPLES<br>**LOADED IN CONTAINERS** | 161884,74 | KGS |

FDPU2063591/SEGU9045617/SEGU9045920/SEGU9075967/TCLU1098055/
TCLU1099299/TCLU1162811/TEMU9087943/TEMU9095846/TEMU9097514/
TEMU9119383/TEMU9135255/TEMU9122540/

ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE"

**ORIGINAL**

ABOVE PARTICULARS DECLARED BY SHIPPER

**SHIPPER' LOAD, STOWAGE AND COUNT**

Freight charges

SHIPPED in apparent good order and condition, unless otherwise stated herein, on board the above Ocean Vessel (or on board the above Local Vessel, if named above, for forwarding subject to clause 35 on the reverse side of this Bill of Lading) the goods or packages said to contain goods, hereinafter called "the Goods", specified above for carriage from the above named Port of Loading (or other port or place determined by the Carrier under the said clause 35) by the above Ocean Vessel (or vessel substituted under the said clause 35) on a voyage as described and agreed by clauses 7, 8, 9, 10, 11, 12 and 19 of this Bill of Lading and discharge, such carriage and discharge being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed in like order and condition at the Port of Discharge named above or such other port or place as is provided in the clauses hereinbefore referred to, or so near thereunto as she may safely get, always afloat, where the Carrier's responsibilities and liabilities shall in all cases and all circumstances whatsoever finally cease, for delivery unto the above mentioned Consignee or to his or their assigns.
If the Final Destination is named above the Goods shall be forwarded at Consignee expense and in accordance with clause 36 on the reverse side of this Bill of Lading subject to the exceptions, limitations, conditions, and liberties therein or otherwise hereinafter agreed for delivery unto the abovementioned consignee or to his or their assigns.
Full freight hereunder shall be due and payable at the place where this Bill of Lading is issued by the Shipper in cash without deduction on receipt of the Goods or part thereof by the Carrier for shipment even if stated in this Bill of Lading to be payable elsewhere and shall be deemed to have been fully earned upon such receipt of such goods.
All charges due hereunder together with freight (if not paid at the port of loading as aforesaid) shall be due from and payable on demand by the Shipper, Consignee, Owner of the goods or holder of this Bill of Lading (Who shall be jointly and severally liable to the Carrier therefor) at such port or place as the Carrier may require, vessel or cargo lost or not lost from any cause whatsoever.
The freight stated herein to be paid or payable has been calculated and based upon the particulars of the Goods furnished by the Shipper to the carrier; the Carrier shall be entitled at any time to open and re-classify or re-weight and remeasure or re-value any goods, and freight shall be paid on the proper classification or the excess weight or measurement or value (if any) as the case may be so ascertained. The expenses of and incidental to re-classifying or re-weighing or re-measuring or re-valuing shall be the Carrier if the classification or weight or measurement or values as furnised by the Shipper is found to be correct but otherwise such expenses shall be considered as freight and shall be borned and paid by the Shipper, Consignee or owner of the goods. The shipper shall if required by the Carrier so to do, furnish forthwith on demand to the carrier the invoice or a true copy relating to the Goods.
In accepting this Bill of Lading any local customs or privileges to the contrary not withstanding the shipper, consignee and owner of the goods and the holder of Bill of Lading agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or revers side hereof as fully as if they were all signed by such Shipper, Consignee, Owner or Holder.
If the above ocean vessel is not owned by or chartered by demise to the Company or Line by whom this Bill of Lading is issued (as may be the case, notwithstanding anything that appears to the contrary) this Bill of Lading shall take effect only as contract of carriage with the Owner or demise charterer, as the case may be as principal made through the agency of the said company or line who act solely as agents and shall be under no personal liability whatsoever in respect thereof.
Agents signing this bill of lading on behalf of the said company or line have only the limited authority at common law of a vessel's master signing a Bill of Lading.

IN WITNESS WHERE OF the below stated number of Bills of lading all of this tenor and date have been signed one of which being accomplished the others to stand void.

**CONTINUED ON REVERSE SIDE**

| Freight payable at | Place and date of issue |
|---|---|
| | **PORT MOIN, JANUARY 25TH 2014** |
| **Number of original B/L's** | **Signed (for master) by** |
| 3 | |

Additional clauses

Corporación de Desarrollo Agrícola del Monte, S.A.
Agencia Naviera Limón / Moín

**BILL OF LADING** B/L ANR 19

Form B

VOY. 004

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Shipper
HACIENDA OJO DE AGUA, S.A.
SAN RAFAEL DE OJO DE AGUA
ALAJUELA, COSTA RICA.

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

Notify address
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | | Commodity No. Gross Weight Measurement | |
|---|---|---|---|---|
| | | | WEIGHT | |
| | 3112 | CARTONS PINEAPPLES<br>LOADED IN CONTAINERS | 38682,76 | KGS |

ALL STATED QUANTITIES
(PACKAGES / WEIGHTS)
ARE CONSIDERED AS
"SAID TO BE"

ORIGINAL

ABOVE PARTICULARS DECLARED BY SHIPPER

SHIPPER' LOAD, STOWAGE AND COUNT

Freight charges

[illegible]

CONTINUED ON REVERSE SIDE

Freight payable at

Place and date of issue
PORT MOIN, JANUARY 25TH 2014

Number of original B/L's
3

Signed (for master) by

Corporación de Desarrollo Agrícola del Monte S.A.
Agencia Naviera
Limón / Moin

Additional clauses

DM STAR LEADER 00026

BREAKDOWN OF CONTAINERS ON B/L NUMBER ANR19

| CONTAINER |
| --- |
| FDPU2060294 |
| TCLU1166210 |
| TEMU9035678 |
| TEMU9121797 |

ORIGINAL

Corporación de Desarrollo
Agrícola del Monte, S.A.
Agencia Naviera
Limón / Moín

DM STAR LEADER 00027

**BILL OF LADING** **B/L ANR 21**

Form B

VOY. **004**

Shipper
HACIENDA OJO DE AGUA, S.A.
SAN RAFAEL DE OJO DE AGUA
ALAJUELA, COSTA RICA.

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Notify address
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | Commodity No. Gross Weight Measurement |
|---|---|---|
| | | WEIGHT |
| | 2760 CARTONS PINEAPPLES | 34307,33 KGS |
| | LOADED IN CONTAINERS | |
| | TEMU9035678 | |
| | TEMU9116656 | |
| ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE" | SHIPPER' LOAD, STOWAGE AND COUNT | ORIGINAL |

ABOVE PARTICULARS DECLARED BY SHIPPER

Freight charges

[illegible]

[illegible]

CONTINUED ON REVERSE SIDE

| Freight payable at | Place and date of issue |
|---|---|
| | PORT MOIN, JANUARY 25TH 2014 |
| **Number of original B/L's** | **Signed (for master)** |
| 3 | |

Additional clauses

Corporación de Desarrollo Agrícola del Monte, S.A.
Agencia Naviera Limón / Moín

**BILL OF LADING** B/L ANR 22

Form B

VOY. 004

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Shipper
HACIENDA OJO DE AGUA, S.A.
SAN RAFAEL DE OJO DE AGUA
ALAJUELA, COSTA RICA.

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

Notify address
DEL MONTE FRANCE (SA)
ZONE EURO DELTA 7 BOULEVARD DU DELTA - BÂT. DE3
BP 40116 94658 RUNGIS CEDEX
TELEPHONE: (33) 1 41 76 01 84

| Local Vessel | From |
|---|---|
| Ocean Vessel: STAR LEADER | Port of loading: MOIN, COSTA RICA |
| Port of discharge: ANTWERP | Final Destination(if on-carriage) |

| Marks &Nos. | Number and Kind of packages: description og goods | Commodity No. Gross Weight Measurement |
|---|---|---|
| | 1650 CARTONS PINEAPPLES<br>LOADED IN CONTAINERS<br><br>FDPU2060294<br>TEMU9035678 | WEIGHT<br>20509,82 KGS |

ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE"

**ORIGINAL**

ABOVE PARTICULARS DECLARED BY SHIPPER

**SHIPPER' LOAD, STOWAGE AND COUNT**

Freight charges

[illegible]

**CONTINUED ON REVERSE SIDE**

| Freight payable at | Place and date of issue<br>PORT MOIN, JANUARY 25TH 2014 |
|---|---|
| Number of original B/L's<br>3 | Signed (for master) by |

Additional clauses

Corporación de Desarrollo Agrícola del Monte, S.A.
Agencia Naviera Limón / Moín

**BILL OF LADING** **B/L ANR 23**

Form B

VOY. 004

Shipper
PIÑALES LAS DELICIAS, S.A.
DULCE NOMBRE DE TRES RIOS, FINCA MONTEALEGRE
CARTAGO, COSTA RICA

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Notify address
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | Commodity No. Gross Weight Measurement |
|---|---|---|
| | 5762 CARTONS PINEAPPLES<br>LOADED IN CONTAINERS | WEIGHT<br>74529,68 KGS |

ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE"

**ORIGINAL**

ABOVE PARTICULARS DECLARED BY SHIPPER

**SHIPPER' LOAD, STOWAGE AND COUNT**

Freight charges

SHIPPED in apparent good order and condition, unless otherwise stated herein, on board the above Ocean Vessel (or on board the above Local Vessel, if named above, for transhipping subject to clause 35 on the reverse side of this Bill of Lading) the goods or packages said to contain goods, hereinafter called "The Goods", specified above for carriage from the above named Port of Loading (or other port or place determined by the Carrier under the said clause 35) by the above Ocean Vessel (or vessel substituted under the said clause 35) on a voyage as described and agreed by clauses 7, 8, 9, 10, 11, 12 and 19 of this Bill of Lading and discharge, such carriage and discharge being always subject to the exceptions, limitations, conditions and liberties hereinafter agreed, in like order and condition at the Port of Discharge named above or such other port or place as is provided in the clauses hereinbefore referred to, or so near thereunto as she may safely get, always afloat, where the Carrier's responsibilities and liabilities shall in all cases and all circumstances whatsoever finally cease, for delivery unto the above mentioned Consignee or to his or their assigns.

If the Final Destination is named above the Goods shall be forwarded at Consignee expense and in accordance with clause 36 on the reverse side of this Bill of Lading subject to the exceptions, limitations, conditions, and liberties therein or otherwise hereinafter agreed for delivery unto the abovementioned consignee or to his or their assigns.

Full freight hereunder shall be due and payable at the place where this Bill of Lading is issued by the Shipper in cash without deduction on receipt of the Goods or part thereof by the Carrier for shipment even if stated in this Bill of Lading to be payable elsewhere and shall be deemed to have been fully earned upon such receipt of such goods. All charges due hereunder together with freight (if not paid at the port of loading as aforesaid) shall be due from and payable on demand by the Shipper, Consignee, Owner of the goods or holder of the Bill of Lading (Who shall be jointly and severally liable to the Carrier therefor) at such port or place as the Carrier may require, vessel or cargo lost or not lost from any cause whatsoever.

The freight stated herein to be paid or payable has been calculated and based upon the particulars of the Goods furnished by the Shipper. [illegible] the Carrier shall be entitled at any time to open and re-classify or re-weight and remeasure or re-value any goods, and freight shall be paid on the proper classification or the excess weight or measurement or value (if any) as the case may be so ascertained. The expenses of and incidental to re-classifying or re-weighing or re-measuring or re-valuing shall be the Carrier if the classification or weight or measurement or values as furnished by the Shipper is found to be correct, but otherwise such expenses shall be considered as freight and shall be borne and paid by the Shipper, Consignee or owner of the goods. The shipper shall, if required by the Carrier so to do, furnish forthwith on demand to the carrier the invoice or a true copy relating to the Goods.

In accepting this Bill of Lading any local customs or privileges to the contrary not withstanding the shipper, consignee and owner of the goods and the holder of Bill of Lading agree to be bound by all the stipulations, exceptions and conditions stated herein whether written, printed, stamped or incorporated on the front or revere side hereof, as fully as if they were all signed by such Shipper, Consignee, Owner or Holder.

If the above ocean vessel is not owned by or chartered by demise to the Company or Line by whom this Bill of Lading is issued (as may be the case, notwithstanding anything that appears to the contrary) the Bill of Lading shall take effect only as contract of carriage with the Owner or demise charterer, as the case may be as principal made through the agency of the said company or line who act solely as agents and shall be under no personal liability whatsoever in respect thereof.

Agents signing this bill of lading on behalf of the said company or line have only the limited authority at common law of a vessel's master signing a Bill of Lading.

IN WITNESS WHEREOF the below stated number of Bills of lading all of this tenor and date have been signed one of which being accomplished the others to stand void.

CONTINUED ON REVERSE SIDE

| Freight payable at | Place and date of issue |
|---|---|
| | PORT MOIN, JANUARY 25TH 2014 |

| Additional clauses | Number of original B/L's | Signed (for master) by |
|---|---|---|
| | 3 | Corporación de Desarrollo Agrícola del Monte, S.A. Agencia Naviera Limón / Moin |

BREAKDOWN OF CONTAINERS ON B/L NUMBER ANR23

| CONTAINER |
|---|
| TCLU1169729 |
| SEGU9078267 |
| SEGU9081255 |
| TCLU1057375 |
| SEGU9076428 |

ORIGINAL

Corporación de Desarrollo
Agrícola del Monte, S.A.
Agencia Naviera
Limón / Moin

**BILL OF LADING** B/L ANR 26

Form B

VOY. 004

NETWORK SHIPPING LTD.
241 Sevilla Avenue
Coral Gables, FL 33134

Shipper
PIÑALES LAS DELICIAS, S.A.
DULCE NOMBRE DE TRES RIOS, FINCA MONTEALEGRE
CARTAGO, COSTA RICA

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

Notify address
DEL MONTE FRANCE (SA)
ZONE EURO DELTA 7 BOULEVARD DU DELTA - BÂT. DE3
BP 40116 94658 RUNGIS CEDEX
TELEPHONE: (33) 1 41 76 01 84

| | |
|---|---|
| Local Vessel | From |
| Ocean Vessel<br>STAR LEADER | Port of loading<br>MOIN, COSTA RICA |
| Port of discharge<br>ANTWERP | Final Destination(if on-carriage) |

| Marks &Nos. | Number and Kind of packages: description og goods | Commodity No. Gross Weight Measurement |
|---|---|---|
| | 1120 CARTONS PINEAPPLES<br>LOADED IN CONTAINERS<br><br>SEGU9076428<br>TCLU1057375<br>TEMU9122540 | WEIGHT<br>14486,85 KGS |
| ALL STATED QUANTITIES (PACKAGES / WEIGHTS) ARE CONSIDERED AS "SAID TO BE" | | ORIGINAL |

ABOVE PARTICULARS DECLARED BY SHIPPER

SHIPPER' LOAD, STOWAGE AND COUNT

Freight charges

[illegible]

CONTINUED ON REVERSE SIDE

| | |
|---|---|
| Freight payable at | Place and date of issue<br>PORT MOIN, JANUARY 25TH 2014 |
| Number of original B/L's<br>3 | Signed (for master) by: |

Additional clauses

Corporación de Desarrollo Agrícola del Monte, S.A.
Agencia Naviera
Limón / Moín

DM STAR LEADER 00032

# BILL OF LADING

B/L ANR 27

Form B

VOY. 004

**NETWORK SHIPPING LTD.**
241 Sevilla Avenue
Coral Gables, FL 33134

Shipper
PIÑALES SANTA CLARA, S.A.
SAN GERARDO DE RIO CUARTO, GRECIA
ALAJUELA, COSTA RICA

Consignee
DEL MONTE INTERNATIONAL GMBH - SWITZERLAND

Notify address
DEL MONTE (HOLLAND) B.V.
KLAPPOLDER 170, BLEISWIJK 2665 MP
(THE NETHERLANDS) TEL: +31 10 52 42 252
EORI NL 001238528

| Local Vessel | From |
|---|---|
| | |
| **Ocean Vessel** | **Port of loading** |
| STAR LEADER | MOIN, COSTA RICA |
| **Port of discharge** | **Final Destination(if on-carriage)** |
| ANTWERP | |

| Marks &Nos. | Number and Kind of packages: description og goods | Commodity No. Gross Weight Measurement |
|---|---|---|
| | 2184 CARTONS PINEAPPLES<br>LOADED IN CONTAINERS | WEIGHT<br>28224,00 KGS |

ALL STATED QUANTITIES
(PACKAGES / WEIGHTS)
ARE CONSIDERED AS
"SAID TO BE"

ORIGINAL

ABOVE PARTICULARS DECLARED BY SHIPPER

SHIPPER' LOAD, STOWAGE AND COUNT

Freight charges

[illegible]

[illegible]

CONTINUED ON REVERSE SIDE

| Freight payable at | Place and date of issue |
|---|---|
| | PORT MOIN, JANUARY 25TH 2014 |

| Additional clauses | Number of original B/L's | Signed (for master) by |
|---|---|---|
| | 3 | |

Corporación de Desarrollo Agrícola del Monte, S.A.
gencia Naviera
Limón / Moin

BREAKDOWN OF CONTAINERS ON B/L NUMBER ANR27

| CONTAINER |
| --- |
| TCLU1110145 |
| TEMU9122540 |

 



# REVERSE SIDE

1. Clause Paramount

(A) Where at the port of shipment or in the territory of a State in which the Bill of Lading is issued [illegible]

[illegible]

Rules as enacted by such legislation.

(C) Where this Bill of Lading is subject to the Hague-Visby Rules in accordance with paragraphs (A) and/or (E) of this clause or to the Hague Rules in accordance with paragraph (B) of this clause, the Hague-Visby Rules or the Hague Rules, as the case may be, shall, subject to clauses 35 and 36 hereunder, apply for the period beginning with whichever of the following operations is agreed to be the first performed by the Carrier namely loading, handling, stowing or carrying the Goods on the vessel until the completion of whichever of the following operations is agreed to be the last performed by the Carrier, namely carrying the Goods on or discharging them from the vessel (neither the Hague-Visby Rules nor the Hague Rules shall apply to the contract where the Goods carried hereunder consist of live animals or cargo which by the contract contained in or evidenced hereby is stated as carried on deck and is so carried). If and to the extent that any provision of this Bill of Lading is repugnant to or inconsistent with the Hague-Visby Rules or the Hague Rules where applicable in accordance with paragraphs (A), (B) or (E) hereof, such provision shall be null and void in relation to the period referred to above but no further.

(D) In case the contract evidenced by this Bill of Lading is subject to the US Carriage of Goods by Sea Act then the provisions stated in said Act shall, subject to clauses 35 and 36 hereunder, govern the period or periods before loading and/or after discharge and throughout the entire period of time the Goods are in the Carrier's custody provided the Carrier has any responsibility in respect of any such period or periods under this Bill of Lading or otherwise. If and to the extent that any provision of this Bill of Lading is repugnant to or inconsistent with said Act when applicable, such provision shall be void to that extent but no further.

(E) In trades where one of the Scandinavian Maritime Codes apply compulsorily the Hague-Visby Rules as there enacted shall, subject to clauses 35 and 36 hereunder, be considered incorporated in this Bill of Lading. Whenever those provisions apply, the Carrier takes the reservations permissable under Chapter 5 of the applicable Code relating to the period before loading and after discharging, deck cargo, live animals and carriage performed by another Carrier.

(F) Where this Bill of Lading is neither subject to the Hague-Visby Rules by virtue of paragraphs (A) and/or (E) hereof nor to the Hague Rules by virtue of paragraphs (B) and/or (D) hereof, the following provisions shall apply:

(i) Subject to (ii) the Carrier shall at all times when performing the contract contained in or evidenced by the Bill of Lading be entitled to the benefit of all privileges rights and immunities contained in the Hague Rules (as set out in the said convention of the 25th August 1924 in its unamended form); but

(ii) If and to the extent that any of the terms conditions and exceptions set out hereunder confer wider, different or more beneficial rights, liberties or immunities upon the Carrier than those set out in the said Convention, the Carrier shall be entitled to rely on the same conditions exceptions rights liberties or immunities set out hereunder whether or not they relieve the Carrier from liability for loss of damage to or in connection with the Goods which would otherwise fall upon the carrier by virtue of the Hague Rules.

2. Exemptions and Immunities of all servants and agents of the Carrier. It is hereby expressly agreed that no servant or agent of the Carrier (including every independent contractor from time to time employed by the Carrier) shall in any circumstances whatsoever be under any liability whatsoever to the Shipper, Consignee, Owner of [illegible]

[illegible]

the Carrier's or Master's absolute discretion (whether or not such route is the nearest or most direct or customary or advertised route between the ports of shipment or discharge) and (but without prejudice to the foregoing) may tow or be towed sail with or without pilots and/or tugs, adjust speed and course for suitable arrival in ports, sail at reduced speed for any purpose whatsoever, to or tail vessel for inspection and/or repairs and proceed under sail and adjust navigational instruments and engage in trial trips of any description (including speed, engine and all other tests whatsoever) whether loaded or unloaded, and whether during such trial trips the vessel be manned or navigated either wholly or partially by the Carrier's Master, officers, servants or agents or the Master, officers, servants or agents of any other person, and carry live animals and every description of cargo on deck, and further may carry (whether on or below deck or both) contraband, explosives, munitions or warlike stores or dangerous cargo of every kind to any extent and may sail armed and unarmed and may proceed to or stay at any port or place whatsoever (although in a contrary direction to or out of or beyond the customary or intended or advertised route to the port of discharge once or more often in any order backwards or forwards) for loading or discharging mails and/or cargo and/or stores and/or fuel (whether intended to be used or carried on this or any other voyage of the vessel or any other vessel) or for storage or sales, embarking or disembarking passengers, pilots, officers, engineers or crew, towing or assisting vessels in all situations, saving life or property or for inspection of or repairs to the vessel or any part thereof, dry-docking with or without the Goods on board, bunkering for the convenience or entertainment of passengers or for the convenience of exigencies of the mail service (whether the foregoing purposes or any of them be for this or any other voyage) or for any other purposes whatsoever and may otherwise sail, proceed or stay in any manner or for any purposes whatsoever (even if making in substance another voyage or other voyages) and all such routes, ports, places, sailings and actions shall be deemed to be included within the contractual and intended voyage and any deviation in pursuance of the liberties hereby conferred shall not be deemed a deviation in law. The liberties hereby conferred shall not be considered as restricted by any words in this Bill of Lading whether written or printed or by any circumstances attending or preceding the shipment of the Goods or by the nature of the Goods or construed by reference to whether any departure pursuant to such liberties would or would not frustrate the object of this Bill of Lading, any custom or rule of law notwithstanding and notwithstanding unseaworthiness or unfitness of the vessel at the commencement or at any stage of the voyage.

8. Transhipment etc. The Carrier, his servants or agents may at any time and for any purpose whatsoever discharge the Goods or any part thereof from the vessel whether before or after sailing from the port of loading and land or store either on shore or afloat and reship on the vessel or tranship or forward the same by another vessel or other vessels whether prior or subsequent in sailing to the vessel and whether sailing from the port of reception of [illegible]

[illegible]

inspection of their contents and hereby indemnify the Carrier and his agents and the Master and the owners of the other cargo on board against all claims, demands, losses and expenses in respect thereof. In the event of the Goods not complying with the said customs or other regulations at the port of discharge or of any of the aforesaid matters arising, the Carrier shall be at liberty to bring back or reship such goods to the port of shipment at the sole risk and expense of the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading. Bills of Lading must be made out in accordance with the prescriptions and regulations of port, customs or consular authorities. Consular, board of health or other certificates required to accompany the Goods or part thereof are to be procured by Shipper and any detention, charges or penalties accruing to steamer or cargo owing to the want of such certificates are to be borne by the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading.

15. Undertaking to customs. The Carrier or his agents may in respect of dutiable goods transhipped at the port of discharge give such undertaking as the customs authorities at that port require with respect to dealing with such goods at the port where duty is payable, and all charges involved or liabilities incurred shall be borne by the Shipper, Consignee, Owner of the Goods or Holder of this Bill of Lading.

16. Loading, discharge and delivery. Unless other conditions are agreed in any charter party or booking note the terms of which are incorporated in this Bill of Lading, the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading shall deliver/take delivery of the Goods as fast as the vessel can receive/deliver otherwise demurrage to be paid at the rate of US$ 1.00 per gross register ton on basis of vessel's highest tonnage per day or pro rata of a day payable day by day. Time lost in waiting for berth to count as loading respectively discharging time.

Notwithstanding any custom of the port to the contrary, the Goods are to be received by the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading immediately on discharge from the vessel, and the vessel may commence discharging immediately on arrival without notice to the consignee or any other and discharge continuously irrespective of weather by day and by night, Sundays and holidays included, any custom of the port to the contrary notwithstanding, on to quay or into shed, warehouse, depot, craft, lighter or any other premises, vehicle, vessel or craft as the Carrier or his agents may determine. Delivery overside to consignee's lighters is at the vessel's option, and if the Master or Carrier so elects the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading shall provide and pay for sufficient lighters and men to receive the Goods as fast as the vessel can deliver any custom of the port to the contrary notwithstanding. Whether the vessel's tackles or shore cranes or other means be employed in the course of delivery on to quay or otherwise the Carrier shall not be responsible for any loss or damage to or in connection with any of the Goods, other goods or lighters, or for [illegible]

[illegible]

[illegible] unless contracted for at an increased freight rate. It is hereby agreed that the existence of certificate of loading port survey, [illegible] according to the rules of the vessel's classification society, together with the existence of the vessel's class shall be deemed by all parties concerned conclusive evidence that the Carrier has exercised due diligence to make the vessel's insulated space and refrigerating machinery seaworthy. The provisions of this clause are in addition to the other provisions of this Bill of Lading, and the Goods are subject to all of the other provisions of this Bill of Lading.

28. Emergency Expenditure. If the Carrier shall at any time incur any expenditure in restowing the Goods or in otherwise avoiding, remedying or ameliorating any accident to the Goods following any actual, threatened or anticipated casualty thereto for which the Carrier is not responsible by reason of any provision of this Bill of Lading and such expenditure is not admissible in general average or otherwise recoverable hereunder by the Carrier from the Shipper, Consignee, Owner of the Goods, or Holder of this Bill of Lading, the Shipper, Consignee, Owner of the Goods and Holder of this Bill of Lading shall nevertheless be jointly and severally liable to repay to the Carrier on demand all such expenditure so incurred by him.

29. General Average. General Average shall be adjusted according to York-Antwerp Rules 1974, (if in England supplemented by the practice of English Average Adjusters) save and except that no loss of or injury sustained by live animals, whether by jettison or otherwise, shall be recoverable. Adjustments shall be prepared at such port as shall be selected by the Carrier. In a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier or his agents may deem sufficient to cover the estimated contribution of the Goods and any salvage and special charges thereon shall if required, be made by the Shipper, Consignee, Owner of the Goods and/or Holder of this Bill of Lading to the Carrier before delivery, provided that where an adjustment is made in accordance with the law and practice of the United States of America or of any other country having the same or similar law or practice, the following clause shall apply:

"NEW JASON CLAUSE (a) In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the Goods, Shippers, Consignees, Owners of the Goods shall contribute with the Carrier in general average to the payment of any sacrifices, losses or expenses of a general average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the Goods.

(b) If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier or his Agents may deem sufficient to cover the estimated contribution of the Goods and any salvage and special charges thereon shall, if required, be made by the Goods, Shippers, Consignees, Owners of the Goods to the [illegible]

[illegible]

[illegible] herein the Carrier may discharge the Goods at the Port of Discharge or without notice at such other port or place whatsoever (including the Port of Loading) as the Carrier may in his discretion determine for forwarding to the Final Destination and Carrier's responsibility shall finally cease on discharge of the Goods from the vessel. Thereafter (provided always that the Carrier is not by reason of any other provision of this Bill of Lading relieved of his obligations to forward the Goods to the Final Destination) the Carrier shall act only as agent of the Shipper, Consignee, Owner of the Goods or Holder of this Bill of Lading in arranging for the forwarding of the Goods to the Final Destination and the Carrier shall be under no further or other responsibility whatsoever, save that where the Goods are on carried on a vessel owned by the Carrier the Carrier's liability as Carrier shall be governed by the exceptions, limitations, conditions and liberties of this Bill of Lading.

37. Jurisdiction. The contract evidenced by this Bill of Lading shall be governed by the United States District Court, Southern District of New [illegible]

DM STAR LEADER 00035