Exhibit "3"

EX-8.1 4 g99840exv8w1.htm LIST OF SUBSIDIARIES

Exhibit 8.1

**Subsidiaries of FRESH DEL MONTE PRODUCE INC.**
as of 2/28/06

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
|---|---|---|
| Agencia Maritima de Costa Rica Amarco, S.A. | Costa Rica | 08/30/2002 |
| Agricola UAC Limitada | Chile | 09/10/1984 |
| Agricola Villa Alegre Acquisition Corp. | Cayman Islands | 03/13/2001 |
| Agricola Villa Alegre Limitada | Chile | 06/26/1986 |
| Agrinanas Development Co., Inc. | Philippines | 03/05/2004 |
| Alcantara Shipping Corporation | Cayman Islands | 05/12/2000 |
| Alcazar Shipping Corporation | Cayman Islands | 11/16/1999 |
| Algeciras Shipping Corporation | Cayman Islands | 11/16/1999 |
| Alhambra Shipping Corporation | Cayman Islands | 01/12/1998 |
| Alicante Shipping Corporation | Cayman Islands | 11/16/1999 |
| Almeria Shipping Corporation | Cayman Islands | 12/29/1995 |
| Altara Shipping Corporation | Cayman Islands | 11/26/2003 |
| Amalgamated Fisheries Co. (Pty) Ltd. | South Africa | 06/02/1961 |
| Andalucia Shipping Corporation | Cayman Islands | 10/11/1991 |
| Cadiz Shipping Corporation | Cayman Islands | 11/16/1999 |
| Cameroon Banana Company PLC (CAMBACO) | Cameroon | 04/24/2001 |
| Can-Am Express, Inc. | North Dakota | 08/10/1988 |
| Cartorama, S.A. | Ecuador | 1992 |
| Choice Farms, Inc. | Delaware | 11/14/1991 |
| Claverton Limited | Hong Kong | 11/10/1989 |
| Comercializadora Agricola Guatemalteca S.A. (Comaguasa) | Guatemala | 04/23/1991 |

1

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
|---|---|---|
| Comercializadora Internacional Consultoría y Servicios Bananeros S.A. — (Conserba or C.I. Conserba) | Colombia | 12/15/1992 |
| Compañía Agricola Diversificada, S.A. (Coagro) | Guatemala | 08/28/1990 |
| Compañía de Desarrollo Bananero de Guatemala, S.A. (Bandegua) | Guatemala | 12/04/1972 |
| Compañía de Desarrollo Bananero del Ecuador S.A. (Bandecua) | Ecuador | 11/28/1978 |
| Congelados Del Monte S.A. | Costa Rica | 10/13/2000 |
| Cordoba Shipping Corporation | Cayman Islands | 01/26/1993 |
| Corporacion Bandeco C.R., S.A. | Costa Rica | 1991 |
| Corporación de Desarrollo Agrícola Del Monte S.A. | Costa Rica | 11/18/1967 |
| Davao Agricultural Ventures Corporation (Davco) | Philippines | 06/26/1981 |
| De L'Ora Beverages Limited | United Kingdom | 02/07/1990 |
| Del Monte B.V. | Netherlands | 09/13/1989 |
| Del Monte B.V.I. Limited | British Virgin | 10/05/1989 |
| Del Monte Belgium S.A. | Belgium | 04/13/1966 |
| Del Monte Europe Limited | United Kingdom | 12/28/1926 |
| Del Monte Foods (France) S.A. | France | 04/15/1987 |
| Del Monte Foods (Italia) SpA | Italy | 07/13/2004 |
| Del Monte Foods (Poland) Sp. z o.o. | Poland | 11/19/04 |
| Del Monte Foods Trading L.P. | Cayman Islands | 07/13/2005 |
| Del Monte Foods (U.A.E.) FZE | U.A.E. | 11/29/2004 |
| Del Monte Foods Europe Limited | United Kingdom | 01/12/1990 |
| Del Monte Foods Iberia SRL | Spain | 08/19/1993 |
| Del Monte Foods International Limited | United Kingdom | 12/27/1989 |
| Del Monte Foods Northern Europe Limited | United Kingdom | 04/13/1984 |
| Del Monte Foods Spain SRL | Spain | 05/06/2000 |

2

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
| --- | --- | --- |
| Del Monte Fresh Distribution Brasil Ltda. | Brazil | 10/09/2001 |
| Del Monte Fresh Fruit Company Ltd. (Japan) | Japan | 10/28/1988 |
| Del Monte Fresh Fruit Far East B.V. | Netherlands | 10/15/1990 |
| Del Monte Fresh Packaged Produce (UK) Limited | England & Wales | 05/09/2002 |
| Del Monte Fresh Produce Acquisition (Chile) Corp. | Cayman Islands | 08/10/1998 |
| Del Monte Fresh Produce (Argentina) S.R.L. | Argentina | 06/25/1998 |
| Del Monte Fresh Produce (Asia-Pacific) Ltd. | Hong Kong | 07/07/1989 |
| Del Monte Fresh Produce (Belgium) N.V. | Belgium | 05/22/1990 |
| Del Monte Fresh Produce Brasil Ltda. | Brazil | 05/27/1993 |
| Del Monte Fresh Produce (Cameroon) SARL | Cameroon | 02/23/1988 |
| Del Monte Fresh Produce (Chile) S.A. | Chile | 06/20/1983 |
| Del Monte Fresh Produce Company | Delaware | 12/13/1985 |
| Del Monte Fresh Produce (Florida) Inc. | Florida | 12/13/1996 |
| Del Monte Fresh Produce (Hamburg) GmbH | Germany | 08/27/2002 |
| Del Monte Fresh Produce (Hawaii) Inc. | Delaware | 10/12/1989 |
| Del Monte Fresh Produce (HK) Limited | Hong Kong | 04/02/1997 |
| Del Monte Fresh Produce Inc. | California | 02/04/1927 |
| Del Monte Fresh Produce (Kansas City) Inc. | Delaware | 10/30/1998 |
| Del Monte Fresh Produce International Inc | Liberia | 04/17/1989 |
| Del Monte Fresh Produce Investment (Chile) Corp. | Cayman Islands | 08/10/1998 |
| Del Monte Fresh Produce (Korea) Ltd. | Korea | 10/16/1999 |
| Del Monte Fresh Produce (Mexico) S.A. de C.V. | Mexico | 08/16/1993 |
| Del Monte Fresh Produce (Middle East) Corp. | Cayman Islands | 11/19/1998 |
| Del Monte Fresh Produce N.A., Inc. | Florida | 12/15/1952 |
| Del Monte Fresh Produce (New Zealand) Ltd. | New Zealand | 03/24/1999 |
| Del Monte Fresh Produce (Panama) S.A. | Panama | 01/29/1998 |

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
|---|---|---|
| Del Monte Fresh Produce (Perú) S.A. | Peru | 03/23/1999 |
| Del Monte Fresh Produce (Philippines), Inc. | Philippines | 10/17/1989 |
| Del Monte Fresh Produce (South Africa) (Pty) Ltd. | South Africa | 02/24/1998 |
| Del Monte Fresh Produce (Southeast) Inc. | Delaware | 08/07/1998 |
| Del Monte Fresh Produce (Southwest) Inc. | Arizona | 11/17/1992 |
| Del Monte Fresh Produce (Spain) S.A. | Spain | 09/18/2000 |
| Del Monte Fresh Produce (Texas), Inc. | Texas | 01/02/1963 |
| Del Monte Fresh Produce (Thailand) Inc. | Cayman Islands | 06/18/2004 |
| Del Monte Fresh Produce (UK) Ltd. | England | 08/23/1989 |
| Del Monte Fresh Produce (Uruguay) S.A. | Uruguay | 06/25/1982 |
| Del Monte Fresh Produce (West Coast), Inc. | Delaware | 03/08/1989 |
| Del Monte Fresh Trade Company Brasil Ltda. | Brazil | 12/04/2000 |
| Del Monte (Germany) GmbH | Germany | 05/29/2001 |
| Del Monte Grupo Comercial S.A. de C.V. | Mexico | 11/16/1993 |
| Del Monte Hellas S.A. | Greece | 09/30/200 |
| Del Monte (Holland) B.V. | Netherlands | 03/01/1951 |
| Del Monte International, Inc. | Panama | 07/26/1974 |
| Del Monte Investment (Saudi Arabia) Corp. | Cayman Islands | 07/12/2005 |
| Del Monte Kenya Holdings Inc. | Panama | 09/30/2004 |
| Del Monte Kenya Ltd. | Kenya | 09/30/2004 |
| Del Monte Pensions UK Limited | United Kingdom | 01/31/1990 |
| Del Monte (Saudi Arabia) Corp. | Cayman Islands | 07/12/2005 |
| Del Monte South Africa (Pty) Limited | South Africa | 05/20/1960 |
| DMFP Investment (Uruguay) Corp. | Cayman Islands | 09/14/1998 |
| DMFP (NZ) Limited | New Zealand | 09/14/1999 |
| Donald Cook's (Pty) Limited | South Africa | 09/30/2004 |

4

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
| --- | --- | --- |
| El Genizaro S.A. | Costa Rica | 02/11/1975 |
| Envases Industriales de Costa Rica S.A. (Envaco) | Costa Rica | 10/25/1960 |
| Expocenter, S.A. | Uruguay | 09/09/1990 |
| Fargo Acquisition Company | Delaware | 04/15/1904 |
| FDM Holdings Limited | Cayman Islands | 08/29/1996 |
| Fresh Del Monte Japan Company Ltd. | Japan | 11/28/1997 |
| Fresh Del Monte Produce (Canada), Inc. | Delaware | 09/15/1997 |
| Fresh Del Monte Produce Inc. | Cayman Islands | 08/29/1996 |
| Fresh Del Monte Produce N.V. | Netherlands Antille | 10/07/1992 |
| Fresh Del Monte Ship Holdings Ltd. | Cayman Islands | 09/03/1998 |
| Frigorifico Coquimbo S.A. | Chile | 05/08/1984 |
| Fruits.com, Inc. | Florida | 08/17/2000 |
| Frutales de Saint Peter S.A. | Costa Rica | 10/17/1991 |
| Frutas de Parrita S.A. | Costa Rica | 07/29/1986 |
| Fundacion Fruitcola Ltda. | Chile | 11/05/1992 |
| Giralda Shipping Corporation | Cayman Islands | 05/12/2000 |
| Global Reefer Carriers, Ltd. | Liberia | 06/21/1993 |
| Granada Shipping Corporation | Cayman Islands | 10/11/1991 |
| Hacienda Filadelfia S.A. | Costa Rica | 05/04/1965 |
| Harvest Standard, LLC | Texas | 06/01/1999 |
| Horn-Linie GmbH | Germany | 06/07/1994 (PA) |
| HS Produce Holdings, LLC | Texas | 06/02/1999 |
| International Resources Company | Cayman Islands | 09/05/2002 |
| Inverde Limitada | Colombia | 10/2003 |
| Key Travel Services, Inc. | Cayman Islands | 06/11/1998 |
| Kunia Farms, Inc. | Hawaii | 05/31/1994 |

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
|---|---|---|
| Lerida Shipping Corporation | Cayman Islands | 06/11/1998 |
| Malaga Shipping Corporation | Cayman Islands | 07/16/1997 |
| Medina Shipping Corporation | Cayman Islands | 11/20/1998 |
| Melones de Costa Rica S.A. | Costa Rica | 06/18/1987 |
| Melones del Pacifico S.A. | Costa Rica | 07/19/1988 |
| National Poultry Farms Hatcheries Co. | Jordan | 08/08/2002 |
| National Poultry PLC | Jordan | 02/19/1994 |
| Network Shipping Ltd. | Bermuda | 04/05/1990 |
| Neveka B.V. | Netherlands | 03/15/1955 |
| Pluto Shipping Corporation | Liberia | 12/12/1975 |
| Portuaria de Amatique, S.A. (Portama) | Guatemala | 08/28/1990 |
| Premier Pineries (Pty) Ltd. | South Africa | 09/30/2004 |
| Productos Especiales de México, S.A. de C.V. | Mexico | 04/01/1993 |
| RLN Leasing,Inc. | North Dakota | 12/18/1997 |
| Rooihoogte Suid Farm (Pty) Ltd. | South Africa | 09/30/2004 |
| Segovia Shipping Corporation | Cayman Islands | 11/16/1999 |
| Servicios Logisticos del Carmen, S.A. (Seldeca) | Costa Rica | 10/25/1994 |
| Sevilla Shipping Corporation | Cayman Islands | 03/09/1993 |
| SFV Fresh Cut, Inc. | Texas | 04/17/2002 |
| Sidonia Shipping Corporation | Cayman Islands | 09/28/2000 |
| Sociedad de Inversiones La Capilla Limitada | Chile | 06/11/1986 |
| Southern Fresh Products, Inc. | Philippines | 12/29/2004 |
| Texas Specialty Produce Investors, LLC | Texas | 03/05/2002 |
| The Just Juice Company Limited | United Kingdom | 07/12/1963 |
| The Siam Agro Industry Pineapple and Others Public Company Ltd. (SAICO) | Thailand | 10/21/2004 |

6

| Company Name | Place of Incorporation | Date of Incorp./Acquisition |
|---|---|---|
| Toledo Shipping Corporation | Cayman Islands | 03/09/1993 |
| Tricont Carriers, Ltd. | Cayman Islands | 02/23/1988 |
| Tricont Holding Company | Delaware | 04/10/2003 |
| Tricont Logistics Company | Delaware | 04/10/2003 |
| Tricont Trucking Company | Delaware | 04/10/2003 |
| Trifrutas Properties (Pty) Ltd. | South Africa | 06/26/1991 |
| United Investment Company Inmobiliaria S.A. ("UIC") | Chile | 01/18/1984 |
| United Plastic Corporation S.A. | Chile | 06/26/1986 |
| UTC Inmobiliaria S.A. | Chile | 07/02/1996 |
| Utopia Asparagus (Pty) Ltd. | South Africa | 04/08/1963 |
| Valencia Shipping Corporation | Cayman Islands | 01/04/2002 |
| Wafer Limited | Gibraltar | 06/09/1989 |
| Westeuropa-Amerika-Linien GmbH ("WAL") | Germany | 03/17/1952 |
| Worldwide Advertising, Inc. | Florida | 07/14/2003 |
| Worldwide Recruiters, Inc. | Florida | 04/27/2000 |
| Zanthus Investments (Pty) Limited | South Africa | 09/30/2004 |

7