UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF NORTH
AMERICA a/s/o DEL MONTE FRESH
INTERNATIONAL GMBH – SWITZERLAND;
THROUGH TRANSPORT MUTUAL SERVICES (UK)
LTD a/s/o FRESH DEL MONTE PRODUCE, INC.

        Plaintiffs,

        - against -

M/V STAR LEADER, her engines, boilers,
tackle, furniture, apparel, etc., *in rem*;
GRACE OCEAN PRIVATE LTD,
*in personam* and STAR REEFERS POOL, INC.,

        Defendants.
------------------------------------------------------------X
GRACE OCEAN PRIVATE LTD.,

        Third Party Plaintiff,

        - against -

NETWORK SHIPPING LTD.,

        Third Party Defendant.
------------------------------------------------------------X

2014 Civ. 10198 (JSR)

**ORDER AND STIPULATION**
**OF DISMISSAL**



        It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter has and hereby is discontinued with prejudice and

without costs to any party, subject to reopening by any party by letter request within thirty days of entry of this Order should payment not be consummated.

Dated: New York, New York
June 25, 2015
115-1308

Casey & Barnett, LLC
Attorneys for Plaintiffs and
Third Party Defendant

By: _____
Gregory G. Barnett
41 Madison Avenue, Suite 2528
New York, NY 10010
(212) 286-0225

Lennon Murphy & Phillips
Attorneys for Defendant and Third Party
Plaintiff, Grace Ocean Private Ltd.

By: _____
Patrick F. Lennon
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050

Freehill, Hogan & Mahar LLP
Attorneys for Star Reefers Pool, Inc.

By: _____
Don P. Murnane, Jr.
80 Pine Street
New York, New York 10005
(212) 425-1900

SO ORDERED:

_____
United States District Judge
6-26-15